DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PINE TREE WATER CONTROL DISTRICT,**
Appellant,

v.

**VILLAGE OF WELLINGTON,**
Appellee.

No. 4D21-2749

[March 23, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 502019CA006485.

Michael B. Stevens of Derrevere Stevens Black & Cozad, West Palm Beach, for appellant.

Jeffrey L. Hochman and Hudson C. Gill of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***